IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND )<br>)<br>)<br>Plaintiff, )<br>v. )<br>)<br>AUXIER DRYWALL, LLC )<br>a/k/a AUXIER DRYWALL )<br>a/k/a AUXIER DRYWALL & PAITING )<br>)<br>Defendants. ) | CIVIL ACTION NO. 1:07-cv-01879 |

## NOTICE OF FILING OF RETURN OF SERVICE

**TO THE CLERK**:

Please enter the Return of Service attached to this notice.

**Name of Party Served:**   Brandi Auxier

**Date of Service:**   November 9, 2007

**Location of Service:**   1101 W. James Blvd.
St. James, MO 65559


Respectfully submitted,

JENNINGS SIGMOND

BY: /s Kent G. Cprek
KENT G. CPREK
D.C. Bar No. 478231
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA 19106-3683
(215) 351-0615

Counsel for Plaintiff

Dated: January 17, 2008

192562

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND

**SUMMONS IN A CIVIL CASE**

V.

AUXIER DRYWALL, LLC
a/k/a Auxier Drywall
a/k/a Auxier Drywall & Painting

Case: 1:07-cv-01879
Assigned To : Huvelle, Ellen S.
Assign. Date : 10/18/2007
Description: Labor-ERISA

TO: (Name and address of Defendant)

AUXIER DRYWALL, LLC
a/k/a Auxier Drywall
a/k/a Auxier Drywall & Painting
1101 West James Boulevard
St. James, MO 65559

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

KENT G. CPREK, ESQUIRE
JENNINGS SIGMOND, PC
THE PENN MUTUAL TOWERS, 16TH FLOOR
510 WALNUT STREET
PHILADELPHIA, PA 19106

an answer to the complaint which is served on you with this summons, within **twenty (20)** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

CLERK

OCT 18 2007

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 11/9/07 |
| NAME OF SERVER (PRINT) WANDA JONES | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: 1101 W James Blvd St James Mo. 65559
By handing to: BRANDI AUXIER, Office Manager.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/13/07
             Date

Signature of Server: Wanda E Jones

Address of Server: 10891 State Rt BB - Rolla, M. 65401

**Legal Errands, Inc.**
PO Box 24866
Philadelphia, PA 19130
215-751-1124

Received Mail Room
OCT 18 2007
Nancy Mayer Whittington, Clerk
US District Court, District of Columbia

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.