### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

INTERNATIONAL PAINTERS AND ALLIED     )
TRADES INDUSTRY PENSION FUND          )
                                      )
            Plaintiff           )     CIVIL ACTION NO.
   v.                              )     1:07-CV-01879 (ESH)
                                      )
AUXIER DRYWALL, LLC                )
     a/k/a Auxier Drywall             )
     a/k/a Auxier Drywall & Painting     )
                                      )
           Defendants        )

### REQUEST TO CLERK TO ENTER
### DEFAULT PURSUANT TO FED. R. CIV. P. 55(a)

You will please enter a default on Defendant, Auxier Drywall, LLC, a/k/a Auxier

Drywall, a/k/a Auxier Drywall and Painting ("Company") for failure to plead or otherwise defend

as provided in Rule 55(a) of the Federal Rules of Civil Procedure as appears in the attached

Declaration of Kent G. Cprek.

                              Respectfully submitted,

                              JENNINGS SIGMOND, P.C.

                        BY:/s/     Kent G. Cprek
                              KENT G. CPREK, ESQUIRE
                              (I.D. NO. 478231)
                              The Penn Mutual Towers, 16th Floor
                              510 Walnut Street, Independence Square
                              Philadelphia, PA 19106-3683
                              (215) 351-0615
Date: Jaunary 17, 2008               Attorney for Plaintiff

OF COUNSEL:
DAWN M. COSTA, ESQUIRE
Jennings Sigmond, P.C.
510 Walnut Street, Suite 1600
Philadelphia, PA 19106
(215) 351-0616
192524-1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

INTERNATIONAL PAINTERS AND ALLIED   )
TRADES INDUSTRY PENSION FUND      )
                                       )
                   Plaintiff      )    CIVIL ACTION NO.
v.                             )    1:07-CV-01879 (ESH)
                                       )
AUXIER DRYWALL, LLC            )
    a/k/a Auxier Drywall          )
    a/k/a Auxier Drywall & Painting   )
                                       )
                 Defendants    )

## DECLARATION OF KENT G. CPREK, ESQUIRE
## FOR ENTRY OF DEFAULT

Kent G. Cprek, Esquire, declares and states as follows:

1.     I am the attorney for the Plaintiff in the above-entitled action.

2.     The Complaint and Summons in this action were served on Defendant, Auxier Drywall, LLC, a/k/a Auxier Drywall, a/k/a Auxier Drywall and Painting ("Company") on November 9, 2007, by Wanda Jones, Process Server, who served Brandi Auxier, Company's Office Manager at 1101 West James Boulevard, St. James, MO 65559. The Return of Service has been duly docketed with the Court.

3.     The time in which Defendant may answer or otherwise move as to the Complaint has expired.

4.     Defendant has not answered or otherwise moved and the time for Defendant to answer or otherwise move has not been extended by Order of the Court.

5.     Defendant is neither an infant nor an incompetent person.

192524-1

6.    Inasmuch as Company is a corporation, it is not in the military service.

> I declare under penalty of perjury in accordance with 28 U.S.C. §1746 that the foregoing is true and correct to the best of my knowledge, information and belief.
>
> s/    Kent G. Cprek
> KENT G. CPREK, ESQUIRE

Date: January 17, 2008

## CERTIFICATE OF SERVICE

I, KENT G. CPREK, ESQUIRE, state, under penalty of perjury, that the foregoing

Request to Clerk to Enter Default Pursuant to Fed. R. Civ. P. 55(a) was served by mailing same

first class mail, postage prepaid, on the date listed below to:

AUXIER DRYWALL, LLC,
a/k/a Auxier Drywall, a/k/a Auxier Drywall and Painting
1101 West James Boulevard
St. James, MO 65559

s/      Kent G. Cprek
KENT G. CPREK, ESQUIRE

Date:   January 17, 2008

192524-1