Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND

    Plaintiff(s)

V.

Civil Action No. 07-1879 (ESH)

AUXIER DRYWALL, LLC;
aka AUXIER DRYWALL & PAINTING, aka
AUXIER DRYWALL

    Defendant(s)

RE: AUXIER DRYWALL, LLC; aka AUXIER DRYWALL & PAINTING, aka AUXIER DRYWALL

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on November 29, 2007, and an affidavit on behalf of the plaintiff having been filed, it is this 18th day of January, 2008 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By:    N. Wilkens
      Deputy Clerk