UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND, | : : : | |
| Plaintiff, | : : | |
| v. | : : | Civil Action No. 07-1879 (ESH) |
| AUXIER DRYWALL, LLC<br>    a/k/a Auxier Drywall<br>    a/k/a Auxier Drywall & Painting, | : : : : | |
| Defendant. | : : | |

## ORDER

Default having been entered by the Clerk of Court on January 18, 2008, it is this 18th day of January, 2008, hereby

**ORDERED** that plaintiff shall move for default judgment on or before February 4, 2008, or the Court will dismiss this action for lack of prosecution pursuant to LCvR 83.23.

/s/
ELLEN SEGAL HUVELLE
United States District Judge