UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND,<br><br>        **Plaintiff,**<br><br>v.<br><br>AUXIER DRYWALL, LLC<br>    a/k/a Auxier Drywall<br>    a/k/a Auxier Drywall & Painting,<br><br>        **Defendant.** | Civil Action No. 07-1879 (ESH) |

## JUDGMENT

It is hereby **ORDERED** that [Dkt. # 6] plaintiff's motion for entry of default judgment is **GRANTED**.  Within 20 days of the date of this Order, defendant shall pay plaintiff the amount of $11,107.28, pursuant to 29 U.S.C. § 1132(g)(2).  It is

**FURTHER ORDERED** that defendant file complete, proper, and timely remittance reports with appropriate pension contributions when obligated to do so under its collective bargaining agreement(s); and it is

**FURTHER ORDERED** that within 10 days of the date of this order, defendant produce all outstanding remittance reports, including but not limited to reports for the period June 2007 through November 2007; and it is

**FURTHER ORDERED** that within 20 days of a request by plaintiff or its representative, defendant make its payroll books and related records available to plaintiff to audit the remittance reports for the relevant period; and it is

**FURTHER ORDERED** that this Judgment is without prejudice to the right of plaintiff to seek recovery of any past or future delinquencies, interest, damages, and reasonable attorney's fees and costs that may be owing to plaintiff from defendant; and it is

**FURTHER ORDERED** that judgment shall be entered for plaintiff, and the complaint shall be dismissed.

                                                                                               s/
                                             ELLEN SEGAL HUVELLE
                                             United States District Judge

Date: January 23, 2008