UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 1:07-CV-01879 (ESH) |
| AUXIER DRYWALL, LLC<br>a/k/a Auxier Drywall<br>a/k/a Auxier Drywall & Painting | ) ) ) ) ) | |
| Defendant. | ) | |

### SATISFACTION OF JUDGMENT

COMES NOW Plaintiffs, International Painters and Allied Trades Industry Pension Fund, by and through their undersigned counsel, and notifies the Court that the Judgment entered by the Court on January 23, 2008, has been satisfied in full by Defendant.

                Respectfully submitted,

                JENNINGS SIGMOND, P.C.

                BY:/s/ Kent G. Cprek
                KENT G. CPREK, ESQUIRE
                (I.D. NO. 478231)
                The Penn Mutual Towers, 16th Floor
                510 Walnut Street, Independence Square
                Philadelphia, PA 19106-3683
                (215) 351-0611
Date: August 21, 2008        Attorney for Plaintiff

OF COUNSEL:

DAWN M. COSTA, ESQUIRE
Jennings Sigmond, P.C.
510 Walnut Street, Suite 1600
Philadelphia, PA 19106
(215) 351-0616

198619_1.DOC
PTINTF-29279

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 1:07-CV-01879 (ESH) |
| AUXIER DRYWALL, LLC a/k/a Auxier Drywall a/k/a Auxier Drywall & Painting | ) ) ) ) | |
| Defendant. | ) | |

### CERTIFICATE OF SERVICE

I, Dawn M. Costa, Esquire, state under penalty of perjury that I caused a copy of the foregoing Satisfaction of Judgment to be served via first class mail, postage prepaid on the date and to the address below:

AUXIER DRYWALL, LLC,
a/k/a Auxier Drywall, a/k/a Auxier Drywall and Painting
1101 West James Boulevard
St. James, MO 65559

Date: August 21, 2008          /s/ Dawn M. Costa
                               DAWN M. COSTA, ESQUIRE

THIS DOCUMENT HAS BEEN ELECTRONICALLY FILED AND IS AVAILABLE
FOR VIEWING AND DOWNLOADING FROM THE ECF SYSTEM

198619_1.DOC
PTINTF-29279